1

2

3

4                                    UNITED STATES DISTRICT COURT

5                                   NORTHERN DISTRICT OF CALIFORNIA

6

7      TYRONE B. ESTES,                               Case No. 24-cv-02981-JSC

                  Plaintiff,
8
                                                      **ORDER OF DISMISSAL**
9            v.

10     VACA, JR.,

                  Defendant.
11

12          Plaintiff, a California prisoner proceeding without an attorney, filed this civil rights action

13   under 42 U.S.C. § 1983 against Correctional Officer Vaca, Jr. at Salinas Valley State Prison

14   ("SVSP").  The complaint was dismissed with leave to file an amended complaint on or before

15   September 24, 2024.  (ECF No. 11 at 4 ¶ 2.)  Plaintiff was cautioned that if he did not file an

16   amended complaint by the deadline, the case would be dismissed.  (*Id.*)  The deadline has passed,

17   and Plaintiff has not filed an amended complaint.  Accordingly, the case is DISMISSED with

18   prejudice.

19          The Clerk shall enter judgment and close the file.

20          **IT IS SO ORDERED.**

21   Dated: October 28, 2024

22

23   _____

24   JACQUELINE SCOTT CORLEY
     United States District Judge

25

26

27

28

*United States District Court*
*Northern District of California*